IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHELLE VOWELL | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:20-CV-281 |
| | ) | |
| JAVITCH BLOCK PLC | ) | |
| | ) | |
| **Defendant,** | ) | |

## NOTICE OF VOUNLATARY DISMISSAL

Come the parties by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and hereby stipulate that the claims against Defendant Javitch Block PLC should be dismissed with prejudice with each party to bear its own discretionary costs. Please remove all dates from the calendar for this case.

Respectfully submitted this the 19th day of August 2020.

/s/ William M. Kaludis_____
William M. Kaludis (BPR No. 017433)
Shield Law Group
5115 Maryland Way, Suite 911
Brentwood TN 37027
(615) 742-8020
bill@shieldlawgroup.com
*Attorney for Plaintiff*

1